## MOTION DOCKET

**90–338. State v. Richey.**
Putnam App. No. 12–87–2. On May 20, 1996, this court stayed the execution of sentence, in this cause pending exhaustion of state post-conviction remedies. It appearing to the court that all matters have been disposed of in case No. 90–338, appellant's direct appeal of his conviction; case No. 95–374, appellant's appeal from his application for reopening in the court of appeals; and case No. 97–2728, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on May 20, 1996, be and is hereby revoked.

IT IS HEREBY ORDERED by the court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden, on Tuesday, the 30th day of June, 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Putnam County.

**95–202. State v. Hill.**
Hamilton App. No. C–910916. On October 29, 1996, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. It appearing to the court that all matters have been disposed of in case No. 95–202, appellant's direct appeal of his conviction, and case No. 98–22, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on October 29, 1996, be and is hereby revoked.

IT IS HEREBY ORDERED by the court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden, on Tuesday, the 30th day of June, 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

**96–2204. State v. Moore.**
Hamilton App. No. C–950009. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Hamilton County Common Pleas Court and an appeal of the denial of that petition is pending with the Hamilton County Court of Appeals,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**97–1880. Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–D–1218. On request for argument before full court. Request granted.
Cook, J., dissents.
Lundberg Stratton, J., not participating.

**97–1920. Gen. Dynamics Land Sys., Inc. v. Tracy.**
Board of Tax Appeals, Nos. 95–A–443 and 95–A–444. On request for argument before full court. Request granted.
F.E. Sweeney and Cook, JJ., dissent.